Barbara A. Solomon, Esq.
Shelby P. Rokito, Esq.
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, Floor 17
New York, NY 10036
Tel: (212) 813-5900
bsolomon@fzlz.com
srokito@fzlz.com

*Attorneys for Plaintiff Chanel, Inc.*

Peter F. Schoenthaler, Esq.
SCHOENTHALER LAW GROUP
3200 Windy Hill Rd. SE Suite 1600-E
Atlanta, GA 30339
Tel: (404) 855-3314
pfs@schoenthalerlaw.com

David G. Liston, Esq.
LISTON ABRAMSON LLP
405 Lexington Avenue, 46th Floor
New York, NY 10174
Tel: (212) 257-1644

*Attorneys for Defendants Shiver and Duke, LLC, Edith Anne Hunt*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

CHANEL, INC.,

                Plaintiff,

    v.

SHIVER AND DUKE, LLC, EDITH ANNE
HUNT and JOHN DOES 1-10,

                Defendants.

</td><td>

Civil Action No. 1:21-cv-01277-MKV

~~AMENDED PROPOSED~~ **FINAL
ORDER AND JUDGMENT
ON CONSENT FOR PERMANENT
INJUNCTION**

</td></tr>
</table>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _11/29/2022_

      Plaintiff Chanel, Inc. ("Chanel") having filed a complaint against Defendants Shiver and

Duke, LLC ("Shiver and Duke"), Edith Anne Hunt ("Hunt") and John Does 1-10 for trademark

infringement under Section 32(1) of the United States Trademark Act of 1946, as amended (the

"Lanham Act"), 15 U.S.C. § 1114(1); federal unfair competition under Section 43(a) of the

Lanham Act, 15 U.S.C. § 1125(a); trademark dilution under Section 43(c) of the Lanham Act, 15

U.S.C. § 1125(c); trademark infringement and unfair competition under New York common law;

and trademark dilution under N.Y. Gen. Bus. Law § 360-*l* (the "Civil Action"), all arising out of

Defendants' offering for sale of jewelry that incorporates used, repurposed buttons that bear

Chanel's federally registered CC Monogram trademark (the "Buttons") and promoted by use of

the CHANEL trademark (the CC Monogram and CHANEL trademarks collectively the "Chanel

Marks"); and

Defendants Shiver and Duke and Hunt (collectively the "Shiver and Duke Defendants")

having been duly served with a copy of the summons and complaint in the Civil Action, having

retained counsel to represent it in the Civil Action, and having agreed to the jurisdiction and

venue of this Court to adjudicate the Civil Action and to issue a Final Order and Judgment on

Consent; and

Chanel and the Shiver and Duke Defendants having stipulated and consented to the entry

of this Final Order and Judgment on Consent for Permanent Injunction (the "Judgment") on the

terms set forth herein;

NOW THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED as

follows:

1.     The Judgment issued herein is based on the following representations of the

Shiver and Duke Defendants, which representations are made part of, are material to, and are a

basis for entry into this Judgment:

(a)     The Court has jurisdiction over the subject matter of this action, the Court

has personal jurisdiction over the Shiver and Duke Defendants, venue is proper in this District,

and the Shiver and Duke Defendants acknowledge that this Court has jurisdiction over each of

them to enter this Judgment against them.

(b)     Each of the Shiver and Duke Defendants consents to entry of this Judgment, each acknowledges that this Court can enter this Final Judgment that is binding on each of them individually, and each of the Shiver and Duke Defendants has the legal capacity to enter into this Judgment and to carry out all obligations and requirements herein.

(c)     Hunt is the president and majority owner of Shiver and Duke and has the power and authority to sign on behalf of, enter into agreements on behalf of, and to otherwise bind Shiver and Duke on whose behalf she is executing this Judgment.

(d)     Chanel has been using the Chanel Marks on or in connection with a wide range of fashion-related products, and the promotion thereof, including in connection with jewelry, and owns trademark registrations for the Chanel Marks, including in connection with jewelry, which registrations are valid and subsisting.

(e)     The Shiver and Duke Defendants have manufactured, created, marketed, displayed, offered for sale, and sold jewelry that incorporates the Buttons.  The Shiver and Duke Defendants contend without proof that the Buttons were authentic; however, none of which were obtained from Chanel or verified as genuine by Chanel and all of which were used without Chanel's authorization, permission, or consent (the "Objected-to Jewelry").

(f)     The materials used by the Shiver and Duke Defendants bearing the Chanel Marks that are or were incorporated into the Objected-to Jewelry consisted only of the Buttons. The Buttons were purchased from various used clothing stores, consignment clothing stores, and antique markets, including but not limited to, Scott Antique Market, in Atlanta, Georgia and Lakewood Antique Market in Atlanta, Georgia, and from online retailers with accounts at eBay, including Taxidoll, boutique shopstar, and veterocheck123.   Attached hereto as **Exhibit A** are screenshots from eBay showing purchases of Buttons.  The Shiver and Duke Defendants do not

have any other purchase documents, receipts, or statements of authenticity regarding the Buttons in their possession, custody, or control.

(g)     The Shiver and Duke Defendants sold the Objected-to Jewelry solely and exclusively through their own website at shiverandduke.com and to a small number of retailers for purposes of resale. Attached as **Exhibit B** is a list of all of the retailers to whom the Shiver and Duke Defendants sold the Objected-to Jewelry and copies of all receipts in their possession, custody, or control showing those sales to retailers for which the Shiver and Duke Defendants have proof.  On October 13, 2022, the Shiver and Duke Defendants sent an email communication with attached letter in the form attached as **Exhibit C** to inform retailers to whom Objected-to Jewelry was sold by the Shiver and Duke Defendants that the Objected-to Jewelry is no longer available for sale from the Shiver and Duke Defendants.  The Shiver and Duke Defendants have never sold or offered for sale any of the Objected-to Jewelry to wholesalers.

(h)     The Shiver and Duke Defendants, as of September 8, 2022, have (i) ceased the creation, manufacture, display, offering for sale, and sale of the Objected-to Jewelry through any and all channels of trade; (ii) ceased all advertising and marketing of the Objected-to Jewelry; (iii) used their best efforts to remove all references to the Chanel Marks and all references and depictions of any Objected-to Jewelry from all media, all websites and all social media sites that they control or over which they have the right to control; and (iv) used their best efforts to remove all references to the Chanel Marks in source code, metadata, AdWords, sponsored ads, user names, account names, page tags, and favicons from all media, website and all social media sites that they control or over which they have the right to control.

(i)     Other than the Objected-to Jewelry, neither of the Shiver and Duke Defendants uses or has used any of the Chanel Marks for any commercial purpose; neither has

made any use of the Chanel Marks to advertise, market, or promote any goods or services; and neither has bid on any of the Chanel Marks for purposes of influencing Internet search results.

(j)     Other than the business entity Shiver and Duke, none of the Shiver and Duke Defendants has any ownership interest in any business involved in the sale, offering for sale, marketing, advertising or display of any services or products, including but not limited to, jewelry, that bear any of the Chanel Marks, that are created out of or that incorporate any materials bearing any of the Chanel Marks, or that are otherwise advertised or promoted by reference to any of the Chanel Marks (the "Prohibited Products").

(k)     The Shiver and Duke Defendants are the sole manufacturers of the Objected-to Jewelry and did not purchase the Objected-to Jewelry from any other source.

(l)     The best estimate by the Shiver and Duke Defendants is that they manufactured in total approximately 400 pieces of Objected-to Jewelry.  The Shiver and Duke Defendants' current inventory of Objected-to Jewelry or other products that are not created or manufactured by Chanel and that bear a Chanel Mark is four (4) necklaces and the Shiver and Duke Defendants' complete inventory of buttons or other items bearing a Chanel Mark purchased or obtained for the purpose of creating or manufacturing Objected-to Jewelry or other products is twelve (12) Buttons.

(m)     Other than the items identified in subparagraph (l) above, none of the Shiver and Duke Defendants, nor any of their affiliates, agents, employees, servants, licensees, or any entities owned or controlled in whole or in part by any one of them, have possession, custody, or control of any remaining inventory of materials (including finished goods) bearing any of the Chanel Marks.

(n)     The Shiver and Duke Defendants do not have any business cards, stationary, advertising or marketing materials or other items that incorporate, bear or feature any

of the Chanel Marks or any other mark that calls to mind or is intended to be associated with Chanel or that refers to any products offered for sale by using any of the Chanel Marks.

(o)     The Shiver and Duke Defendants represent that as of October 31, 2022 they have preserved all books, records (including all hard drives on computers used for business purposes, including servers, as well as all computer disks and backup disks) and other documents concerning all transactions relating to the purchase by the Shiver and Duke Defendants of any materials bearing any of the Chanel Marks that the Shiver and Duke Defendants used for their Objected-to Jewelry, the provenance and authenticity of any such materials, and the sale of the Objected-to Jewelry and have provided all such materials to Chanel as reflected in **Exhibits A - C** and further represent that (a) should they discover any additional documents relevant to the issues raised in the complaint in this action they shall provide such documents to Chanel within five (5) business days of discovery and (b) they shall not rely on any documents related to the purchase by the Shiver and Duke Defendants of any materials bearing any of the Chanel Marks that the Shiver and Duke Defendants used for their Objected-to Jewelry, the provenance and authenticity of any such materials that have not been provided to Chanel in any subsequent dispute or proceeding with Chanel, including any proceeding arising out of compliance with this Judgment.

(p)     Entry into this Judgment does not violate any other agreements that the Shiver and Duke Defendants have entered into with any third party and the Shiver and Duke Defendants have the right and ability to carry out all terms of this Agreement.

2.     Shiver and Duke; any affiliate, division, subsidiary, parent, predecessor, successor, assign, transferee, or related company of Shiver and Duke; any officer, agent, shareholder, managing member, representative, principal, owner, director, licensee, or employee of Shiver and Duke, including but not limited to Hunt; any company now or in the future owned

in majority part by or under control or management of Shiver and Duke or owned or controlled by any principal or majority owner of Shiver and Duke or under common management with Shiver and Duke; any transferee, assignee, or heir of Hunt; any company in which Hunt now or in the future is a controlling officer, director, member, manager or of which Hunt either now or in the future is otherwise a majority stockholder; any company or entity now or in the future under the control, ownership or management of Hunt, who or which receives notice of this Judgment directly or otherwise (collectively the "Enjoined Parties"), are hereby permanently enjoined and forever restrained from:

        (a)    using for any purposes any of the Chanel Marks or any variant thereof in any form or in any media and whether or not it is incorporated into or used on any materials, whether or not such materials are genuine (collectively the "Prohibited Marks and Materials"), in or as part of a design, logo, or trademark; using any of the Prohibited Marks and Materials in or on any of the Prohibited Products; or otherwise using any of the Prohibited Marks and Materials in connection with the importation, production, creation, manufacture, distribution, promotion, advertisement, sale, offering for sale, of any Prohibited Products or to otherwise promote or advertise any business, product or service;

        (b)    importing, producing, creating, manufacturing, distributing, promoting, advertising, selling, offering for sale, advertising or promoting any products not made or authorized by Chanel that are made up in whole or in part of buttons or other materials or components bearing any of Chanel's trademarks including but not limited to the Chanel Marks, or that otherwise bear any of Chanel's trademark or consist of any of the Prohibited Marks and Materials, or otherwise supplying any Prohibited Marks and Materials to any third party or otherwise contributing to any third party's use of Prohibited Marks and Materials;

(c)     making any reference to Chanel or using any of the Chanel Marks or the Prohibited Marks and Materials in any media for any purpose other than to refer to genuine Chanel products in their original form;

(d)     re-purposing any buttons or other materials or components bearing any of the Chanel Marks so as to create a new or different product or otherwise conducting any business that manufactures, sells, advertises, or promotes any re-purposed products or any component parts or other materials that use or consist of any of the Prohibited Marks and Materials;

(e)     using any false designation of origin or false description (including, without limitation, any letters or symbols), or performing any act which can, or is likely to, lead members of the trade or public to believe that any of the products of any of the Enjoined Parties is associated with Chanel or that any product imported, manufactured, created, distributed, advertised, promoted, offered for sale or sold by any of the Enjoined Parties that is not in fact a genuine Chanel product made wholly by Chanel is in any manner associated or connected with Chanel, or is authorized, licensed, sponsored, otherwise approved by, guaranteed by or is otherwise authenticated by Chanel;

(f)     obtaining or seeking to obtain any trademark or copyright registrations in the United States for any design or mark that consists in whole or in part or includes any of the Chanel Marks;

(g)     engaging in any activity constituting unfair competition with Chanel, constituting an infringement of the Chanel Marks, or diluting the Chanel Marks;

(h)     transferring, consigning, selling, shipping or otherwise moving any goods, packaging or other materials in the Shiver and Duke Defendants' possession, custody or control bearing any of the Chanel Marks; and

(i)      assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (h) above.

3.      Within ten (10) business days of entry of this Judgment, the Shiver and Duke Defendants, at their own cost, shall deliver to Chanel or to any entity specified by Chanel (x) all of the remaining inventory of finished goods listed above in Section 1(l), and (y) all of their inventory of materials bearing any of the Chanel Marks not incorporated into finished pieces (or that has been removed from finished pieces) listed above in Section 1(l).  For the avoidance of doubt, the Shiver and Duke Defendants do not need to deliver any component pieces such as chains or earring backings that do not bear or include or display a Chanel Mark or that do not consist of or incorporate any of the Prohibited Marks and Material.  The Shiver and Duke Defendants shall not be compensated for the value of any of the materials delivered to Chanel as required by this Judgment.  Chanel shall be permitted to destroy or otherwise dispose of such goods in any manner it sees fit without compensation to the Shiver and Duke Defendants or their owners or principals.

4.      Should the Shiver and Duke Defendants or any one of them materially violate any provision of this Judgment, materially fail to comply with any of the obligations contained in this Judgment, or make any material error or omission in any of the representations contained in this Judgment, and if such violation is not curable or if after notice of the violation(s) by Chanel the Shiver and Duke Defendants fail to cure the same within five (5) business days of notice, Chanel shall be entitled to pursue claims for breach and seek remedies for contempt including all relief under 18 U.S.C. § 401, *et. seq*.  In addition to the relief specified in Title 18, upon a Court's determination that the Shiver and Duke Defendants are in contempt of this Judgment,

Chanel also shall be entitled to recover from the Shiver and Duke Defendants or any successor company the following:

(a)       to the extent any of the representations set out in Section (1) are materially false, the Shiver and Duke Defendants shall be deemed to have violated the Court order and shall pay to Chanel $15,000 for each material misrepresentation that is false;

(b)       to the extent any of the Enjoined Parties is found to be advertising, promoting, selling, offering for sale, making available for sale, accepting orders for, or filling orders for any Prohibited Products, the Shiver and Duke Defendants shall pay to Chanel liquidated damages in the amount of $50,000 for each different product together with the Shiver and Duke Defendants' gross profits from the sale of each such product;

(c)       all investigation costs and other costs and fees incurred by Chanel in learning of or investigating any violation or breach of this Judgment;

(d)       all of Chanel's costs and attorneys' fees incurred in connection with discovering any violation or breach of this Judgment, assessing the violation or breach of this Judgment, advising the breaching party or its counsel of any violation or breach of this Judgment and bringing any action for violation or breach of this Judgment.

Prior to seeking a finding of contempt based on a failure to comply with any of the curable obligations of this Final Judgment, Chanel shall first provide the Shiver and Duke Defendants with notice of the violation and provide the Shiver and Duke Defendants with five (5) business days to cure.  Chanel shall not be obligated to provide notice of any errors or omissions in any of the representations before seeking contempt.  Further, following its initial notice to cure, Chanel shall not be obligated to provide notice of any subsequent violations of the Final Judgment to the Shiver and Duke Defendants before seeking a finding of contempt.

The above remedies are cumulative.  Should Chanel file a motion for breach of this Judgment or for contempt, none of the Shiver and Duke Defendants shall challenge the issuance or entry of this Judgment, its validity, or the Shiver and Duke Defendants' understanding of or knowledge of the terms of this Judgment.  Further, should a Court find the Shiver and Duke Defendants or any one of them in contempt of this Final Order and Judgment none of the Shiver and Duke Defendants shall challenge Chanel's rights to any of the relief identified above.

5.     This Judgment shall resolve those claims and demands that were asserted or could have been asserted in the Civil Action against the Shiver and Duke Defendants by Chanel arising out of the same facts set forth in the Civil Action and all relief and remedies requested by Chanel and shall constitute a final adjudication of the merits as to any such claims, remedies and relief as well as all defenses and counterclaims, permissive or compulsory, that were or could have been asserted by the Shiver and Duke Defendants in the Civil Action or that arise out of the same nexus of facts as the Civil Action and all relief and remedies requested and shall constitute a final adjudication of the merits as to any such claims, counterclaims, defenses, remedies, and relief.

6.     The parties to this Judgment waive all right to appeal from entry of this Judgment.

7.     By their signatures and acknowledgments below, the parties understand and agree to be bound by the terms of this Judgment.

8.     The Shiver and Duke Defendants acknowledge that they have obtained advice of counsel with respect to this Judgment.  The Shiver and Duke Defendants further acknowledge that their decision to enter into this Judgment has not been influenced by any promises, representations, or statements made by Chanel or anyone acting on its behalf other than those set forth in this Judgment.

11

9.      In connection with any further proceedings concerning the subject matter of this Judgment, including the enforcement of this Judgment, service on Shiver and Duke or Hunt will be deemed effective by mailing a copy of any motion papers or other pleadings to Shiver and Duke, LLC, 1100 Peachtree Street, NE, Suite 690, Atlanta, Georgia 30309 with a copy via regular mail to Peter F. Schoenthaler at Schoenthaler Law Group, 3200 Windy Hill Road, SE, Suite 1600E, Atlanta, Georgia 30339 and by email to pfs@schoenthalerlaw.com and crosser@schoenthalerlaw.com.

10.     This Judgment is a final judgment resolving all claims which Plaintiff asserted in the Civil Action against the Shiver and Duke Defendants.  This order further dismisses without prejudice all claims against any unnamed John Doe Defendants and is made part of the public record.  The parties will bear their own attorneys' fees and expenses in connection with the Civil Action.

SO ORDERED this ___ 29th day of _____ November , 2022:

_____
The Honorable Mary Kay Vyskocil
United States District Judge

STIPULATED AND AGREED:

Dated: New York, New York
       _____ 11/29 , 2022

CHANEL, INC.

By: _____ Lora Moffatt

Name: _____ Lora Moffatt

Title: _____ Head of IP for Chanel, Inc.

Dated:  Atlanta, Georgia
_November 29_, 2022

EDITH ANNE HUNT

By: _E A Hunt_____


Dated:  Atlanta, Georgia
_November 29_____, 2022

SHIVER AND DUKE, LLC

By: _E A Hunt_____

Name:_____Edith Anne Hunt_____

Title:_____President and Owner_____

13

Agreed as to Form:

_____
Barbara A. Solomon
Shelby Rokito
Fross Zelnick Lehrman & Zissu, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
Tel: (212) 813-5900
Fax: (212) 813-5901
bsolomon@fzlz.com

*Attorneys for Plaintiff Chanel, Inc.*

Dated: November 29, 2022

_____
Peter F. Schoenthaler
Christopher Rosser
The Schoenthaler Law Group
3200 Windy Hill Road SE
Suite 1600E
Atlanta, Georgia 30339
Tel: (404) 592-5397
Fax: (855) 283-8983
pfs@schoenthalerlaw.com

Alex G. Patchen
David G. Liston
Liston Abramson LLP
405 Lexington Avenue, 46th Floor
New York, New York 10174
alex.patchen@listonabramson.com
david.liston@listonabramson.com

*Attorneys for Defendants Shiver and Duke,*
*LLC, and Edith Anne Hunt*

Dated: November 29, 2022

DocuSign Envelope ID: A2592E35-D563-44D5-8407-22FB0200D4D7

**<u>EXHIBIT A</u>**

| | |
|---|---|
| Time placed | Jan 20, 2020 at 11:58 AM |
| Order number | 01-04436-69504 |
| Total | $27.50 (1 item) |
| Sold by | **littlecoolj** |

## Delivered on **Sat, Jan 25, 2020**

 Paid
Jan 20

 Shipped
Jan 20

 Delivered
Jan 25

## Tracking details

Number     9400108205497045189145

# Order info

| | |
|---|---|
| Time placed | Jan 20, 2020 at 12:06 PM |
| Order number | 16-04435-71998 |
| Total | $131.48 (9 items) |
| Sold by | one-stop-button-shop |

# Delivery info

**Delivered on Fri, Jan 24, 2020**



| Paid | Shipped | Delivered |
|---|---|---|
| Jan 20 | Jan 21 | Jan 24 |

## Tracking details

| Number | 9200190221582716572502 |
|---|---|

## Item info

# Order info

| | |
|---|---|
| Time placed | Jan 25, 2020 at 11:46 AM |
| Order number | 13-04456-19329 |
| Total | $101.50 (2 items) |
| Sold by | taxidoll |

# Delivery info

## Delivered on Fri, Jan 31, 2020



| Paid | Shipped | Delivered |
|---|---|---|
| Jan 25 | Jan 26 | Jan 31 |

## Tracking details

| | |
|---|---|
| Number | 9400108205497069419518 |

DocuSign Envelope ID: A2592E35-D563-44D5-8107-22EB0200B4D7

# Order info

Time placed       Jan 26, 2020 at 11:24 AM

Order number      06-04460-43381

Total             $236.00 (4 items)

Sold by           taxidoll

# Delivery info

## Delivered on Fri, Jan 31, 2020



| Paid | Shipped | Delivered |
|------|---------|-----------|
| Jan 26 | Jan 26 | Jan 31 |

## Tracking details

Number            9400108205497070320995

| | |
|---|---|
| Time placed | Jan 26, 2020 at 5:21 PM |
| Order number | 09-04461-58162 |
| Total | $124.95 (8 items) |
| Sold by | <u>one-stop-button-shop</u> |

## Delivered on Fri, Jan 31, 2020

  

**Paid**            **Shipped**            **Delivered**

Jan 26            Jan 28            Jan 31

## Tracking details

Number            9400108205496045780383

## Order info

| Time placed | Feb 16, 2021 at 12:08 PM |
| --- | --- |
| Order number | 26-06590-33506 |
| Total | $89.30 (2 items) |
| Sold by | rebeccas8833 |

## Delivery info

**Delivered on Mon, Feb 22, 2021**




| Paid | Shipped | Delivered |
| --- | --- | --- |
| Feb 16 | Feb 16 | Feb 22 |

## Tracking details

| Number | 9400108205496317640247 |
| --- | --- |

# Order info

| | |
|---|---|
| Time placed | Feb 20, 2020 at 10:55 AM |
| Order number | 01-04569-03548 |
| Total | $600.00 (10 items) |
| Sold by | taxidoll |

# Delivery info

## Delivered on Mon, Feb 24, 2020



| Paid | Shipped | Delivered |
|---|---|---|
| Feb 20 | Feb 20 | Feb 24 |

## Tracking details

Number          9400108205497183818594

# Order info

| | |
|---|---|
| Time placed | Feb 21, 2020 at 12:35 PM |
| Order number | 17-04572-41891 |
| Total | $471.93 (8 items) |
| Sold by | littlecoolj |

# Delivery info

**Delivered on Tue, Feb 25, 2020**



| Paid | Shipped | Delivered |
|---|---|---|
| Feb 21 | Feb 22 | Feb 25 |

## Tracking details

Number     9400108205497189752625

DocuSign Envelope ID: A2592E35-D563-44D5-8107-22FB0200B4D7

# Order info

| | |
|---|---|
| Time placed | Feb 28, 2020 at 3:51 PM |
| Order number | 02-04605-53006 |
| Total | $166.00 (3 items) |
| Sold by | <u>veterochek123</u> |

# Delivery info

## Delivered on Mon, Mar 2, 2020



| Paid | Shipped | Delivered |
|---|---|---|
| Feb 28 | Feb 29 | Mar 2 |

## Tracking details

Number          9400108205496108643495

## Order info

| | |
|---|---|
| Time placed | Mar 4, 2020 at 1:40 PM |
| Order number | 15-04627-45155 |
| Total | $366.00 (6 items) |
| Sold by | taxidoll |

## Delivery info

### Delivered on Mon, Mar 9, 2020



| Paid | Shipped | Delivered |
|---|---|---|
| Mar 4 | Mar 5 | Mar 9 |

## Tracking details

| | |
|---|---|
| Number | 9400108205497249837668 |

# Order info

| | |
|---|---|
| Time placed | Mar 12, 2020 at 5:35 AM |
| Order number | 03-04661-94560 |
| Total | $128.00 (2 items) |
| Sold by | taxidoll |

# Delivery info

## Delivered on Mon, Mar 16, 2020



| Paid | Shipped | Delivered |
|---|---|---|
| Mar 12 | Mar 12 | Mar 16 |

## Tracking details

| | |
|---|---|
| Number | 9400108205497280280843 |

# Order info

| | |
|---|---|
| Time placed | Mar 22, 2020 at 11:10 AM |
| Order number | 18-04706-05922 |
| Total | $156.00 (2 items) |
| Sold by | taxidoll |

# Delivery info

**Delivered on Thu, Mar 26, 2020**



| Paid | Shipped | Delivered |
|---|---|---|
| Mar 22 | Mar 22 | Mar 26 |

## Tracking details

Number          9400108205497320662981

# Order info

| | |
|---|---|
| Time placed | Apr 30, 2020 at 6:11 PM |
| Order number | 18-04946-78502 |
| Total | $237.40 (4 items) |
| Sold by | taxidoll |

# Delivery info

## Delivered on Mon, May 4, 2020



**Paid**
Apr 30

**Shipped**
May 1

**Delivered**
May 4

## Tracking details

Number          9400108205496275046860

# Order info

| | |
|---|---|
| Time placed | May 10, 2020 at 2:59 AM |
| Order number | 08-05005-35047 |
| Total | $158.99 (3 items) |
| Sold by | veterochek123 |

## Delivery info

### Delivered on Wed, May 13, 2020

 ——————  —————— 

| **Paid** | **Shipped** | **Delivered** |
|---|---|---|
| May 10 | May 10 | May 13 |

## Tracking details

Number        9400108205496306508824

# Order info

| | |
|---|---|
| Time placed | May 10, 2020 at 9:43 AM |
| Order number | 24-05014-79238 |
| Total | $180.56 (4 items) |
| Sold by | boutique_shopstar |

# Delivery info

**Delivered on Fri, May 15, 2020**

| Paid | Shipped | Delivered |
|---|---|---|
| May 10 | May 11 | May 15 |

# Tracking details

| | |
|---|---|
| Number | 9400108205496308324040 |

# Order info

| | |
|---|---|
| Time placed | Jun 7, 2020 at 12:14 PM |
| Order number | 08-05182-11365 |
| Total | $265.72 (3 items) |
| Sold by | boutique_shopstar |

# Delivery info

**Delivered on Thu, Jun 11, 2020**



| Paid | Shipped | Delivered |
|---|---|---|
| Jun 7 | Jun 7 | Jun 11 |

## Tracking details

| | |
|---|---|
| Number | 9400108205497805128292 |

# Order info

| | |
|---|---|
| Time placed | Jun 11, 2020 at 1:46 PM |
| Order number | 04-05208-63851 |
| Total | $421.99 (7 items) |
| Sold by | **taxidoll** |

# Delivery info

## Delivered on **Wed, Jun 17, 2020**



**Paid**
Jun 11

**Shipped**
Jun 11

**Delivered**
Jun 17

## Tracking details

Number      9400108205497833677694

# Order info

| | |
|---|---|
| Time placed | Jul 2, 2020 at 3:40 AM |
| Order number | 04-05324-76482 |
| Total | $286.41 (4 items) |
| Sold by | taxidoll |

# Delivery info

**Delivered on Wed, Jul 8, 2020**



| Paid | Shipped | Delivered |
|---|---|---|
| Jul 2 | Jul 2 | Jul 8 |

## Tracking details

| | |
|---|---|
| Number | 9400108205497946512585 |

# Order info

| | |
|---|---|
| Time placed | Jul 7, 2020 at 4:37 PM |
| Order number | 21-05354-66638 |
| Total | $1,264.84 (6 items) |
| Sold by | littlecoolj |

# Delivery info

**Delivered on Mon, Jul 13, 2020**



| Paid | Shipped | Delivered |
|---|---|---|
| Jul 7 | Jul 8 | Jul 13 |

## Tracking details

Number          9410808205496476785694

## Order info

| | |
|---|---|
| Time placed | Sep 9, 2020 at 7:10 AM |
| Order number | 21-05703-97424 |
| Total | $297.30 (2 items) |
| Sold by | taxidoll |

## Delivery info

**Delivered on Mon, Sep 14, 2020**

 

| Paid | Shipped | Delivered |
|---|---|---|
| Sep 9 | Sep 9 | Sep 14 |

## Tracking details

| | |
|---|---|
| Number | 9400108205497278345912 |

## Order info

| | |
|---|---|
| Time placed | Feb 16, 2021 at 12:08 PM |
| Order number | 26-06590-33506 |
| Total | $89.30 (2 items) |
| Sold by | rebeccas8833 |

## Delivery info

**Delivered on Mon, Feb 22, 2021**



| Paid | Shipped | Delivered |
|---|---|---|
| Feb 16 | Feb 16 | Feb 22 |

## Tracking details

| | |
|---|---|
| Number | 9400108205496317640247 |

# Order info

| | |
|---|---|
| Time placed | Jul 30, 2021 at 1:58 PM |
| Order number | 12-07407-09588 |
| Total | $176.72 (4 items) |
| Sold by | jonafan_55 |

# Delivery info

**Delivered on Tue, Aug 3, 2021**



| Paid | Shipped | Delivered |
|---|---|---|
| Jul 30 | Jul 31 | Aug 3 |

## Tracking details

| | |
|---|---|
| Number | 9405508205497446101008 |

## Order info

| | |
|---|---|
| Time placed | Aug 6, 2021 at 7:11 PM |
| Order number | 19-07436-63667 |
| Total | $186.41 (4 items) |
| Sold by | rebeccas8833 |

## Delivery info

### Delivered on Tue, Aug 10, 2021



| Paid | Shipped | Delivered |
|---|---|---|
| Aug 6 | Aug 7 | Aug 10 |

## Tracking details

| | |
|---|---|
| Number | 9405508205496988191126 |

**<u>EXHIBIT B</u>**

DocuSign Envelope ID: A2592E35-D563-44D5-8107-22FB0200B4D7

| Store NAME | |
|---|---|
| Sassanova | 805 Aliceanna Street Baltimore MA |
| Urban Market | 657 Hurstbourne Pkwy Louisville KY |
| Marta's | 4209 Lassiter Mill Road Raliegh, NC |
| Huff Harrington | 3872 Roswell Road Atlanta, GA 30075 |
| Margaurites | 1430 Dresden Drive Suite 100B Atlanta, GA 30319 |
| Starr Home | 15124 Lleytons Ct, Edmond, OK 73013 |
| Anna's | 1456 Town Center Drive Lakeland FL |
| Bluetique | 125 Palafox Place Pensicula FL |
| Mildred and Mables | 109 Franklin St, Clarksville, TN 37040 |
| Noddy | 86 Queen St, Charleston, SC 29401 |
| Modish | 5050 NE 5th Ave Miami FL 33137 |
| Naomi Grace | 831 Leonard Court Lawrenceville GA |

# SHIVER + DUKE

| RETAIL NAME: | Urban Market |
|---|---|
| SHIP DATE: | Feb-20 |

| PRODUCT CODE | | COLOR (S) | QTY | WS Price | Total |
|---|---|---|---|---|---|
| | VINTAGE NECKLACE ROSARY | BLACK,PINK,WHITE | 4 | $55.00 | $220.00 |
| | VINTAGE NECKLACE CHAIN | WHITE | 1 | $65.00 | $65.00 |
| CB- | ZEBRA DESIGNER BRACELET | WHITE, BLACK | 2 | $52.00 | $104.00 |
| CB | CHEETAH DESIGNER BRACELET | BLACK . | 1 | $52.00 | $52.00 |
| | VINTAGE NECKLACE PEARL | | 1 | $65.00 | $65.00 |
| CB | WHITE DESIGNER BRACELET | | 1 | $52.00 | $52.00 |
| | #N/A | | | | |
| | #N/A | | | | |
| | #N/A | | | | |
| | #N/A | | | | |
| | #N/A | | | | |
| | #N/A | | | | |
| | #N/A | | | #N/A | |
| | #N/A | | | #N/A | |
| | #N/A | | | #N/A | |
| | #N/A | | | #N/A | |
| | #N/A | | | #N/A | |
| | #N/A | | | #N/A | |
| | #N/A | | | #N/A | |
| | #N/A | | | #N/A | |
| | #N/A | | | #N/A | |
| | #N/A | | | #N/A | |
| | #N/A | | | #N/A | |
| | | **Total Units** | | **Sub Total** | **$558.00** |
| | | | | S+H | |
| | | | | Total w/ | $558.00 |

Atlanta, GA 30327
404.323.4356
www.shiveranddukе.com
info@shiverandduke.com

4 pieces

# SHIVER — DUKE

| RETAIL NAME: | Huff Harrington |
| SHIP DATE: | Mar-20 |

| PRODUCT CODE | | COLOR (S) | QTY | WS Price | Total | 23% |
|---|---|---|---|---|---|---|
| | RATTAN CLUTCH | | 2 | $48.00 | $96.00 | #N/A |
| | WOVEN BALL BAG | | 2 | $64.00 | $128.00 | #N/A |
| | | | | | $0.00 | #N/A |
| | HARLOW PEARL EARRINGS | navy tan | 2 | $36.00 | $72.00 | #N/A |
| | HARLOW FLOWER EARRINGS | tan | 1 | $32.00 | $32.00 | #N/A |
| | DOGWOOD STUD EARRINGS | silver | 1 | $22.00 | $22.00 | #N/A |
| | #N/A | | | | $0.00 | #N/A |
| | REMY EARRINGS | | 1 | $38.00 | $38.00 | #N/A |
| | REESE EARRINGS | | 1 | $26.00 | $26.00 | #N/A |
| | EDEN FLOWER EARRINGS | | 1 | $22.00 | $22.00 | #N/A |
| | MOLLY EARRINGS | pink | 1 | $36.00 | $36.00 | #N/A |
| | BLOSSOM EARRINGS | | 1 | $41.00 | $41.00 | #N/A |
| | HAILEY CRYSTAL EARRINGS | | 1 | $38.00 | $38.00 | #N/A |
| | DAISY STONE EARRINGS | | 1 | $40.00 | $40.00 | #N/A |
| | Fabric Flower Earring | | 2 | $33.00 | $66.00 | #N/A |
| | fabric flower Shell Earrings | | 1 | $33.00 | $33.00 | #N/A |
| | Flower Studs | | 1 | $22.00 | $22.00 | #N/A |
| CB | Designer NECKLACE CHAIN | | 1 | $65.00 | $65.00 | #N/A |
| CB | Designer Pearl Earrings | | 1 | $67.00 | $67.00 | #N/A |
| CB | Designer Gold Drop Earrings | | 1 | $72.00 | $72.00 | #N/A |
| CB | Designer Layered Necklace | | 1 | $65.00 | $65.00 | #N/A |
| CB | WHITE DESIGNER BRACELET | | 2 | $52.00 | $104.00 | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | | **Total Units** | | **Sub Total** | **$1,085.00** | |
| | | | | S+H | | |
| | | | | Total w/ | $1,085.00 | |

Atlanta, GA 30327
404.323.4356
www.shiverandduke.com
info@shiverandduke.com

6   pieces

# SHIVER ✦ DUKE

| RETAIL NAME: | Martas |
|---|---|
| SHIP DATE: | Mar-20 |

| PRODUCT CODE | | COLOR [S] | QTY | WS Price | Total | 23% |
|---|---|---|---|---|---|---|
| | VINTAGE NECKLACE CHAIN | BLACK | 2 | $65.00 | $130.00 | #N/A |
| | VINTAGE NECKLACE CHAIN | WHITE | 2 | $65.00 | $130.00 | #N/A |
| | VINTAGE NECKLACE PEARL | BLACK | 2 | $65.00 | $130.00 | #N/A |
| | VINTAGE NECKLACE PEARL | WHITE | 2 | $65.00 | $130.00 | #N/A |
| | VINTAGE NECKLACE ROSARY | BLACK | 2 | $55.00 | $110.00 | #N/A |
| | VINTAGE NECKLACE ROSARY | WHITE | 2 | $55.00 | $110.00 | #N/A |
| | Rattan Scarf Necklace | LEOPARD - 2backordered | 0 | $65.00 | $0.00 | #N/A |
| | SCARF NECKLACE | 3LEOPARD (backordered),, 2CHEETAH, 2 stripe | 4 | $85.00 | $340.00 | #N/A |
| | BLOSSOM EARRINGS | 2CREAM,2NAVY,2GREY | 6 | $41.00 | $246.00 | #N/A |
| | ASH LEAF EARRINGS | | 2 | $38.00 | $76.00 | #N/A |
| | Designer Gold Drop Earrings | | 2 | $72.00 | $144.00 | #N/A |
| | Designer Stone Earrings | | 2 | $78.00 | $156.00 | #N/A |
| | Designer Pearl Drop Earrings | | 2 | $78.00 | $156.00 | #N/A |
| | Designer Pearl Earrings | BLACK2WHITE2GREEN2 | 6 | $67.00 | $402.00 | #N/A |
| | Coco Earrings | 2CAMO,2CHEETAH | 4 | $32.00 | $128.00 | #N/A |
| | MOLLY EARRINGS | PINK2,GREY2,BLACK2 | 6 | $36.00 | $216.00 | #N/A |
| | SHELL PAVE EARRINGS | | 2 | $41.00 | $82.00 | #N/A |
| | DUCK FEATHER EARRINGS | GOLD2,CREAM2,BLACK | 6 | $40.00 | $240.00 | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | | Total Units | | | | |
| | | | | Sub Total | $2,926.00 | |
| | | | | S+H | | |
| | | | | Total w/ | $2,926.00 | |

Atlanta, GA 30327
404.323.4356
www.shiveranddduke.com
info@shiverandduke.com

12 pieces

SHIVER + DUKE

| RETAIL NAME: | Urban Market |
| SHIP DATE: | May-20 |

| PRODUCT CODE | | COLOR (S) | QTY | WS Price | Total | 2.3% |
|---|---|---|---|---|---|---|
| CB | DESIGNER STUDS | pink3,black3,white3,b/w3,colored2 | 14 | $62.00 | $868.00 | #N/A |
| | DESIGNER FLOWER STUDS | | 2 | $78.00 | $156.00 | #N/A |
| | Designer Gold Drop Earrings | white, black | 2 | $72.00 | $144.00 | #N/A |
| | VINTAGE NECKLACE PEARL | | 4 | $65.00 | $260.00 | #N/A |
| | VINTAGE NECKLACE CHAIN | | 4 | $65.00 | $260.00 | #N/A |
| | VINTAGE NECKLACE ROSARY | | 2 | $55.00 | $110.00 | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | | Total Units | | Sub Total | $1,798.00 | |
| | | | | S+H | | |
| | | | | Total w/ | $1,798.00 | |

Atlanta, GA 30327
404.323.4356
www.shiverandduke.com
info@shiverandduke.com

14 pieces

d

# SHIVER — DUKE

| RETAIL NAME: | Margaurites |
| SHIP DATE: | 20-Jun |

| PRODUCT CODE | | COLOR (S) | QTY | WS Price | Total | 2.3% |
|---|---|---|---|---|---|---|
| C B | Designer Chanel Layered Necklace | 2 navy, 2 white, 2 black, 2 blk/white | 8 | $65.00 | $520.00 | #N/A |
| i B | Designer NECKLACE ball chain | | 11 | $55.00 | $605.00 | #N/A |
| C B | Designer NECKLACE CHAIN | 1 pink, 1 stone, 1 white, 1 black | 4 | $65.00 | $260.00 | #N/A |
| C B | Designer Chain bracelet | 2 pink, 2 black, 2 white | 6 | $44.00 | $264.00 | #N/A |
| C B | Stackable Designer Bracelets | | 4 | $52.00 | $208.00 | #N/A |
| | Designer Gold Drop Earrings | 1 pink, 2 white, 1 blk/white | 4 | $72.00 | $288.00 | #N/A |
| C B | DESIGNER STUDS | 1 white, 1 h.pink, 1lt.pink, 1 black | 4 | $62.00 | $248.00 | #N/A |
| | Designer Mini Pearl Earrings | 2 white, 2 black | 4 | $67.00 | $268.00 | #N/A |
| | Designer Pearl Drop Earrings | 2 white, 2 black | 4 | $78.00 | $312.00 | #N/A |
| | Designer Pearl Stud Earrings | 2 black, 2 white | 4 | $67.00 | $268.00 | #N/A |
| | Stone pair stacks | navy, white, black | 3 | $66.00 | $198.00 | #N/A |
| C B | Stackable Designer Bracelets | grey, white | 2 | $52.00 | $104.00 | #N/A |
| C B | SDesigner Layered Necklace | flower, navy | 2 | $65.00 | $130.00 | #N/A |
| C B | DESIGNER STUDS | | 3 | $62.00 | $186.00 | #N/A |
| | DOGWOOD STUD EARRINGS | | 2 | $22.00 | $44.00 | #N/A |
| | Tulum Earrings | | 3 | $30.00 | $90.00 | #N/A |
| | Designer Gold Drop Earrings | pink | 1 | $72.00 | $72.00 | #N/A |
| | Designer Mini Pearl Earrings | | 1 | $67.00 | $67.00 | #N/A |
| | REMY EARRINGS | grey, white | 1 | $38.00 | $38.00 | #N/A |
| | Mumbai Earrings | | 1 | $32.00 | $32.00 | #N/A |
| | dragonfly earrings | | 1 | $30.00 | $30.00 | #N/A |
| | gold bamboo earrings | | 1 | $30.00 | $30.00 | #N/A |
| | ava earrings | black | 1 | $37.00 | $37.00 | #N/A |
| | chain link earrings | | 1 | $30.00 | $30.00 | #N/A |
| | flower ball earrings | blush and navy | 2 | $33.00 | $66.00 | |
| | olivia earrings | | 1 | $32.00 | $32.00 | |
| | Pearl stone earrings | clear and black | 2 | $34.00 | $68.00 | #N/A |
| | daisey Cluster Earrings | White | 1 | $30.00 | $30.00 | #N/A |
| | Pearl Hoop Earrings | | 1 | $40.00 | $40.00 | #N/A |
| | Grey Pearl Drop Earrings | | 1 | $33.00 | $33.00 | #N/A |
| | bee stud | | 1 | $15.00 | $15.00 | #N/A |
| | star studs | | 1 | $11.00 | $11.00 | |
| | | | | S+H | | |
| | | | | Total w/ | $4,624.00 | |

Atlanta, GA 30327
404.323.4356
www.shiverandduke.com
info@shiverandduke.com

42 pieces

d

SHIVER ✦ DUKE

| RETAIL NAME: | Sassonova |
| SHIP DATE: | 8/12/20 |

| PRODUCT CODE | COLOR (S) | QTY | WS Price | Total | 23% |
|---|---|---|---|---|---|
| Designer Pearl Earrings | | 3 | $68.60 | $205.80 | #N/A |
| Designer Gold Drop Earrings | | 1 | $73.50 | $73.50 | #N/A |
| Designer Gold Drop Earrings | | 3 | $75.00 | $225.00 | #N/A |
| Ball Chain Designer Necklace | | 9 | $56.35 | $507.15 | #N/A |
| Chain Link Designer Necklace | | 6 | $58.80 | $352.80 | #N/A |
| Designer Stone Bracelets | | 9 | $65.66 | $590.94 | #N/A |
| Short Layered Designer Necklace | | 3 | $67.13 | $201.39 | #N/A |
| Designer Lock Pad Necklace | | 3 | $104.86 | $314.58 | #N/A |
| Designer Lock Pad Rectangle Necklace | | 3 | $104.86 | $314.58 | #N/A |
| Designer Gold Drop Earrings | | 2 | $73.50 | $147.00 | #N/A |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | |
| #N/A | | | #N/A | | |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | #N/A |
| #N/A | | | #N/A | | #N/A |
| | Total Units | | Sub Total | $2,932.74 | |
| | | | S+H | $15.00 | |
| | | | Total w/ | $2,947.74 | |

Atlanta, GA 30327
404.323.4356
www.shiverandduke.com
info@shiverandduke.com

27 pieces

# SHIVER — DUKE

| RETAIL NAME: | Noddy |
| SHIP DATE: | as ready |

| PRODUCT CODE | | | COLOR (S) | QTY | WS Price | Total | 2.3% |
|---|---|---|---|---|---|---|---|
| | | Gold Filled Designer Necklace | | 2 | $70.00 | $140.00 | #N/A |
| | | DESIGNER ball chain NECKLACE | | 1 | $55.00 | $55.00 | #N/A |
| | | Designer paperclip necklace | | 1 | $55.00 | $55.00 | #N/A |
| | | Wristlet | | 9 | $40.00 | $360.00 | #N/A |
| | | G Gold Cuff | | 5 | $32.00 | $160.00 | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | |
| | #N/A | | | | #N/A | | |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | #N/A | | | | #N/A | | #N/A |
| | | | **Total Units** | | **Sub Total** | **$770.00** | |
| | | | | | S+H | $15.00 | |
| | | | | | Total w/ | $785.00 | |

Atlanta, GA 30327
404.323.4356
www.shiveranddduke.com
info@shiveranddduke.com

4 pieces

d

SHIVER ✦ DUKE

| RETAIL NAME: | Annas |
|---|---|
| SHIP DATE: | 221 |

| PRODUCT CODE | | COLOR (S) | QTY | WS Price | Total | 2.3% |
|---|---|---|---|---|---|---|
| | GOLD FILLED L ANCHOR NECKLACE | | 2 | $105.00 | $210.00 | #N/A |
| | L Gold Cuff | | 8 | $32.00 | $256.00 | #N/A |
| | Gold Filled Small Paperclip Dessigner | 2black 2 white | 4 | $69.00 | $276.00 | #N/A |
| | Gold Filled Designer Necklace | 4black, 2 pink | 6 | $70.00 | $420.00 | #N/A |
| | G Gold Cuff | | 4 | $32.00 | $128.00 | #N/A |
| C B | DESIGNER ball chain NECKLACE | 3black, 1blkwhite, 2white | 6 | $55.00 | $330.00 | #N/A |
| | DESIGNER STUDS L | | 8 | $60.00 | $480.00 | #N/A |
| | DESIGNER STUDS L | | 2 | $60.00 | $120.00 | #N/A |
| | DESIGNER PEARL CHAIN NECKLACE | | 2 | $65.00 | $130.00 | #N/A |
| | Designer SNAKESKIN cuff G | | 1 | $57.00 | $57.00 | #N/A |
| | L CHAIN NECKLACE | | 1 | $83.00 | $83.00 | #N/A |
| C B | DESIGNER Long Necklace | 2black2white2pink2navy | 8 | $60.00 | $480.00 | #N/A |
| | G Gunmetal Necklace | | 2 | $55.00 | $110.00 | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | | Total Units | | Sub Total | $3,080.00 | |
| | | | | S+H | $15.00 | |
| | | | | Total w/ | $3,095.00 | |

Atlanta, GA 30327
404.323.4356
www.shiverandduke.com
info@shiverandduke.com

14  pieces

SHIVER — DUKE

| RETAIL NAME: | Annas |
| SHIP DATE: | 21-Apr |

| PRODUCT CODE | Description | COLOR (S) | QTY | WS Price | Total | 2.3% |
|---|---|---|---|---|---|---|
| | Designer Gold Drop Earrings | | 7 | $72.00 | $504.00 | #N/A |
| | Designer Mini Pearl Earrings | | 6 | $67.00 | $402.00 | #N/A |
| | Designer Mini Pearl Earrings L | iv | 5 | $67.00 | $335.00 | #N/A |
| | designer hoop earrings L | | 10 | $72.00 | $720.00 | #N/A |
| | Designer Pearl Drop Earrings | | 3 | $78.00 | $234.00 | #N/A |
| | DESIGNER STUDS L | | 14 | $60.00 | $840.00 | #N/A |
| | G Gunmetal Necklace | | 2 | $55.00 | $110.00 | #N/A |
| | G ENAMEL NECKLACE | | 2 | $63.00 | $126.00 | #N/A |
| | GOLD FILLED L ANCHOR NECKLACE | | 10 | $105.00 | $1,050.00 | #N/A |
| | L CHAIN NECKLACE | | 3 | $83.00 | $249.00 | #N/A |
| B | DESIGNER Long Necklace | | 6 | $60.00 | $360.00 | #N/A |
| | Gold Filled Small Paperclip Dessigner Necklace L | | 7 | $69.00 | $483.00 | #N/A |
| B | Gold Filled Ball Chain Designer Necklace | | 7 | $69.00 | $483.00 | #N/A |
| B | Gold Filled Designer Necklace | | 17 | $70.00 | $1,190.00 | #N/A |
| | Designer gold filled g chain necklace | | 2 | $70.00 | $140.00 | #N/A |
| | DESIGNER CHAIN LINK NECKLACE | | 5 | $65.00 | $455.00 | #N/A |
| B | DESIGNER ball chain NECKLACE | | 12 | $55.00 | $660.00 | #N/A |
| | GOLD FILLED DESIGNER BRACELET | | 2 | $49.00 | $98.00 | #N/A |
| B | DESIGNER Chain bracelet | | 2 | $44.00 | $88.00 | #N/A |
| | DESIGNER COWHIDE CUFF | | 3 | $57.00 | $171.00 | #N/A |
| | Designer SNAKESKIN cuff | | 3 | $57.00 | $171.00 | #N/A |
| B | Designer Rolo Chain Necklace | | 5 | $59.00 | $295.00 | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | | Total Units | | Sub-Total | $9,164.00 | |
| | | | | S+H | $15.00 | |
| | | | | Total w/ | $9,179.00 | |

Atlanta, GA 30327
404.323.4356
www.shiveranddduke.com
info@shiveranddduke.com

35 pieces

d

SHIVER    DUKE

| RETAIL NAME: | Mildred and Mables | | | | | |
| SHIP DATE: | 21-Apr | | | | | 2.3% |

| PRODUCT CODE | | COLOR (S) | QTY | WS Price | Total | |
| --- | --- | --- | --- | --- | --- | --- |
| | DESIGNER Chain bracelet | 2blk 1 white | 3 | $44.00 | $132.00 | #N/A |
| | DESIGNER Layered Necklace | small 1blk 1white | 2 | $65.00 | $130.00 | #N/A |
| | L GOLD Cuff | | 1 | $32.00 | $32.00 | #N/A |
| | G Gold Cuff | | 1 | $32.00 | $32.00 | #N/A |
| | STACKABLE STONE DESIGNER BRACE | pearl with gold | 1 | $64.00 | $64.00 | #N/A |
| | Wristlet | black and pink | 2 | $33.00 | $66.00 | #N/A |
| | Wristlet Logo | cream lpink | 2 | $40.00 | $80.00 | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | | **Total Units** | | Sub Total | $536.00 | |
| | | | | S+H | $15.00 | |
| | | | | Total w/ | $551.00 | |

Atlanta, GA 30327
404.323.4356
www.shiveradduke.com
info@shiveradduke.com

6 pieces

SHIVER ‖ DUKE

| RETAIL NAME: | Bluetique | | | | | | 2.3% |
|---|---|---|---|---|---|---|---|
| **SHIP DATE:** | 21-Jun | | | | | | |
| **PRODUCT CODE** | | **COLOR (S)** | **QTY** | **WS Price** | **Total** | | |
| C.B | Gold Filled Designer Necklace | | 3 | $70.00 | $210.00 | | #N/A |
| | Gold Filled Small Paperclip Dessigner Necklace L | | 2 | $69.00 | $138.00 | | #N/A |
| C.B | DESIGNER ball chain NECKLACE | | 4 | $55.00 | $220.00 | | #N/A |
| C.B | DESIGNER Long Necklace | | 1 | $60.00 | $60.00 | | #N/A |
| | DESIGNER STUDS L | | 3 | $60.00 | $180.00 | | #N/A |
| | Wristlet | | 2 | $40.00 | $80.00 | | #N/A |
| | GOLD FILLED ANCHOR NECKLACE | | 1 | $105.00 | $105.00 | | #N/A |
| | Cora Earrings | | 1 | $34.00 | $34.00 | | #N/A |
| | Elsie Earrings | | 1 | $32.00 | $32.00 | | #N/A |
| | Chloe Earrings | | 2 | $34.00 | $68.00 | | #N/A |
| | Adelyn Earrings | | 1 | $33.00 | $33.00 | | #N/A |
| | Josie Butterfly Earrings | | 1 | $30.00 | $30.00 | | #N/A |
| | Harper Earrings | | 1 | $27.00 | $27.00 | | #N/A |
| | Evie Earrings | | 1 | $30.00 | $30.00 | | #N/A |
| | Millie Earrings | | 1 | $33.00 | $33.00 | | #N/A |
| | Minnie Bow Earrings | | 2 | $29.00 | $58.00 | | #N/A |
| | Sandbar Earrings | | 1 | $28.00 | $28.00 | | #N/A |
| | GOLD FILLED DUCK FEATHER EARRINGS | | 2 | $37.00 | $74.00 | | #N/A |
| | Pearl Cluster Studs | | 1 | $21.00 | $21.00 | | #N/A |
| | Gold Filled Dainty Earrings | | 1 | $21.00 | $21.00 | | #N/A |
| | Gold Filled Pearl Necklace | | 1 | $62.00 | $62.00 | | #N/A |
| | #N/A | | | #N/A | | | #N/A |
| | #N/A | | | #N/A | | | #N/A |
| | #N/A | | | #N/A | | | #N/A |
| | #N/A | | | #N/A | | | |
| | #N/A | | | #N/A | | | |
| | #N/A | | | #N/A | | | #N/A |
| | #N/A | | | #N/A | | | #N/A |
| | #N/A | | | #N/A | | | #N/A |
| | #N/A | | | #N/A | | | #N/A |
| | #N/A | | | #N/A | | | #N/A |
| | | **Total Units** | | **Sub Total** | **$1,544.00** | | |
| | | | | **S+H** | **$15.00** | | |
| | | | | **Total w/** | **$1,559.00** | | |

Atlanta, GA 30327
404.323.4356
www.shiveranddduke.com
info@shiveranddduke.com

8 pieces

## d

## SHIVER · DUKE

| RETAIL NAME: | starr home |
|---|---|
| SHIP DATE: | Jan-21 |

| PRODUCT CODE | | COLOR (S) | QTY | WS Price | Total | 23% |
|---|---|---|---|---|---|---|
| | Wristlet Icon | 2lpink 2 hpink | 4 | $26.00 | $104.00 | #N/A |
| | Gold Filled Designer Necklace | | 2 | $70.00 | $140.00 | #N/A |
| C B | DESIGNER ball chain NECKLACE | | 1 | $55.00 | $330.00 | #N/A |
| C B | DESIGNER Long Necklace | | 2 | $60.00 | $120.00 | #N/A |
| C B | DESIGNER Layered Necklace | | 4 | $65.00 | $260.00 | #N/A |
| C B | DESIGNER CHAIN LINK NECKLACE | | 2 | $65.00 | $130.00 | #N/A |
| C B | DESIGNER Chain bracelet | | 2 | $44.00 | $88.00 | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | | Total Units | | Sub Total | $1,172.00 | |
| | | | | S+H | $15.00 | |
| | | | | Total w/ | $1,187.00 | |

Atlanta, GA 30327
404.323.4356
www.shiverandduke.com
info@shiverandduke.com

11 pieces

# SHIVER + DUKE

| RETAIL NAME: | Annas |
| SHIP DATE: | 21-Nov |

| PRODUCT CODE | | | COLOR (S) | QTY | WS Price | Total | 2.3% |
|---|---|---|---|---|---|---|---|
| | CB | small pc with toggle | silver | 1 | $65.00 | $65.00 | #N/A |
| | CB | large pc with toggle | silver | 6 | $65.00 | $390.00 | #N/A |
| | CB | dainty chain | silver | 2 | $50.00 | $100.00 | #N/A |
| | CB | freshwater pearl necklace | silver | 1 | $52.00 | $52.00 | #N/A |
| | CB | long chain necklace | silver | 10 | $80.00 | $800.00 | #N/A |
| | CB | chunky chain necklace with toggle | silver | 2 | $80.00 | $160.00 | #N/A |
| | CB | chunky chain bracelet | silver | 13 | $55.00 | $715.00 | #N/A |
| | | | | | | | #N/A |
| | | | | | | | #N/A |
| | | | | | | | #N/A |
| | | | | | | | #N/A |
| | | #N/A | | | | | #N/A |
| | | #N/A | | | #N/A | | #N/A |
| | | #N/A | | | #N/A | | #N/A |
| | | #N/A | | | #N/A | | #N/A |
| | | #N/A | | | #N/A | | #N/A |
| | | #N/A | | | #N/A | | #N/A |
| | | #N/A | | | #N/A | | #N/A |
| | | #N/A | | | #N/A | | #N/A |
| | | #N/A | | | #N/A | | #N/A |
| | | #N/A | | | #N/A | | #N/A |
| | | #N/A | | | #N/A | | #N/A |
| | | #N/A | | | #N/A | | |
| | | #N/A | | | #N/A | | |
| | | #N/A | | | #N/A | | #N/A |
| | | #N/A | | | #N/A | | #N/A |
| | | #N/A | | | #N/A | | #N/A |
| | | #N/A | | | #N/A | | #N/A |
| | | #N/A | | | #N/A | | #N/A |
| | | | Total Units | | Sub Total | $2,282.00 | |
| | | | | | S+H | $15.00 | |
| | | | | | Total w/ | $2,297.00 | |

Atlanta, GA 30327
404.323.4356
www.shiveranddduke.com
info@shiveranddduke.com

35 pieces

SHIVER + DUKE

| RETAIL NAME: | Modish by Grey | | | | | |
|---|---|---|---|---|---|---|
| SHIP DATE: | 22-Feb | | | | | |
| **PRODUCT CODE** | | **COLOR (S)** | **QTY** | **WS Price** | **Total** | 2.3% |
| | | | | #N/A | #N/A | #N/A |
| | GF Dainty Charm Necklace | | 1 | $60.00 | $60.00 | #N/A |
| | GF Small Designer PC Necklace | | 2 | $69.00 | $138.00 | #N/A |
| | Designer Small Studs L | | 1 | $60.00 | $60.00 | #N/A |
| | GF Dainty Charm Necklace | | 1 | $60.00 | $60.00 | #N/A |
| | Charm Necklace | | 1 | $95.00 | $95.00 | #N/A |
| | Zipper Pull Necklace | | 2 | $50.00 | $100.00 | #N/A |
| | L Gold Cuffs | | 1 | $37.00 | $37.00 | #N/A |
| | SKIN CUFF | | 1 | $45.00 | $45.00 | #N/A |
| | SKIN CUFF | | 1 | $45.00 | $45.00 | #N/A |
| (P) | Designer Onyx Necklace | | 1 | $70.00 | $70.00 | #N/A |
| | Wristlet | blk | 1 | $34.00 | $34.00 | #N/A |
| | Designer Knot Bar Earrings D | | 1 | $65.00 | $65.00 | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | | **Total Units** | | **Sub Total** | **$809.00** | |
| | | | | S+H | $15.00 | |
| | | | | Total w/ | $824.00 | |

Atlanta, GA 30327
404.323.4356
www.shiveranddduke.com
info@shiveranddduke.com

1 piece

# SHIVER + DUKE

| RETAIL NAME: | Naomi Grace |
| SHIP DATE: | Mar-22 |

| PRODUCT CODE | | COLOR (S) | QTY | WS Price | Total | 2.3% |
|---|---|---|---|---|---|---|
| | GF Dainty Charm Necklace | | 1 | $60.00 | $60.00 | #N/A |
| | GF Small Designer PC Necklace L | | 1 | $69.00 | $69.00 | #N/A |
| | Pearl Designer Bracelet | | 1 | $45.00 | $45.00 | #N/A |
| | Gold Bead Designer Bracelet | | 1 | $45.00 | $45.00 | #N/A |
| | Beaded Ball Necklace | | 1 | $64.00 | $64.00 | #N/A |
| | Camilla Earrings | | 1 | $28.00 | $28.00 | #N/A |
| | Designer Mini Pearl Earrings | | 1 | $67.00 | $67.00 | #N/A |
| | GF Drop Earrings | | 1 | $65.00 | $65.00 | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | #N/A |
| | #N/A | | | #N/A | | |
| | #N/A | | | #N/A | | #N/A |
| | | Total Units | | Sub Total | $443.00 | #N/A |
| | | | | S+H | $15.00 | #N/A |
| | | | | Total w/ | $458.00 | #N/A |
| | | | | | | #N/A |

Atlanta, GA 30327
404.323.4356
www.shiverandduke.com
info@shiverandduke.com

1 piece

DocuSign Envelope ID: A2592E35-D562-44D5-8107-32FB0200D4D7

DONATION RECEIPT NO:
_____



1750 Powder Springs Road
Suite, 190, Box 112
Marietta, GA 30064

☐ Recorded on Gift Card Log
☐ Recorded on Items Log
☐ Receipt Sent to Donors

# DONATION RECEIPT

Date:       9/2022_____

Name:      Shiver and Duke_____

Address:   1100 Peachtree Street, NE

           Suite 690
           Atlanta, Georgia 30309

           _____

Email:     _____

ITEMS OR GIFT CARDS DONATED:

_____Necklace_____

_____

_____

On behalf of Rescuing Hope, thank you for the generous donation of the items listed above.  Please use this letter as a tax-receipt of the donated items. Per IRS Regulations, we hereby state that no goods or services were received in exchange for this donation. Rescuing Hope, Inc. is a 501(c)3 corporation. Our tax ID is 47-3356764.

Sincerely,

Susan Norris, Founder and Executive Director
Rescuing Hope, Inc.
www.rescuinghope.com

ENLIGHTEN                              EDUCATE                              EMPOWER

**<u>EXHIBIT C</u>**

From: edithanne shiverandduke.com <edithanne@shiverandduke.com>
Subject: A letter from us and moving forward
Date: October 13, 2022 at 11:29:17 AM EDT
To: info shiverandduke.com <info@shiverandduke.com>
Bcc: Noddy Charleston <noddycharleston@gmail.com>, Angela Tandy
<angela@sassanova.com>, "laura@martasofraleigh.com"
<laura@martasofraleigh.com>, Chris McCoy <chris@annasoflakeland.com>, Tara Starr
<starrhomeokc@hotmail.com>, Laura Belsinger <laura@bluetiquepensacola.com>,
Colleen Murphy <mildredandmablesmg@gmail.com>, Michelle Burtch
<info@shopcanvas.com>, Jess Neville <jess@patinastores.com>,
"finleycarriage@gmail.com" <finleycarriage@gmail.com>, Hello
<Hello@bettykellygifts.com>, Reed's Gift Shop <reedsgiftshop@gmail.com>,
"shop@thefinickyfilly.com" <shop@thefinickyfilly.com>, Kristen Robinette
<kristen@backdownsouthbg.com>, 'vintagenest' <vintagenest@comcast.net>,
"wshields@sitestar.net" <wshields@sitestar.net>, "ohyeahboutique@gmail.com"
<ohyeahboutique@gmail.com>

Dear All,

As you know we have ceased repurposing any pieces with Chanel
buttons.   Please see attached for your reference and feel free to reach
out with any questions.

Appreciate you all!

Edith Anne Hunt
www.shiverandduke.com
https://www.instagram.com/shiverandduke/

Dear _____:

We at Shiver and Duke appreciate your business and the support you have shown our small company. Shiver and Duke strives to provide high-quality goods at reasonable prices, and the satisfaction of our customers is our paramount concern.

As you know, Shiver and Duke manufactures jewelry of its own, original designs, some of which incorporate components not originally manufactured by Shiver and Duke. In the past, we have incorporated items repurposed from used clothing by other designers, including Chanel® buttons. In such cases, we have included prominent disclaimers ensuring that purchasers are aware that neither we, nor our products, have any affiliation with Chanel®. Due to its extensive disclaimers, among other reasons, Shiver and Duke has maintained that its use of used Chanel® buttons is permissible.

Despite our disclaimers, Chanel, Inc. has maintained its objections to Shiver and Duke's incorporation of used, Chanel-branded buttons into Shiver and Duke's jewelry designs, and has filed legal action against Shiver and Duke.

Accordingly, Shiver and Duke has ceased all use of Chanel® buttons in Shiver and Duke's products and will no longer sell any products that utilize Chanel® buttons.

Shiver and Duke will continue to create custom jewelry and accessories of its own, original designs and using all-original components of the same quality you have come to expect from us, and we welcome your continued business and support as we move forward.

Thank you again and best regards,

*E AHunt*

Edith Anne Hunt,
Owner, Shiver and Duke, LLC